ANDERSON v. COMPTOIS. (Circuit Court of Appeals, Ninth Circuit. February 21, 1901.) No. 632. Appeal from the District Court of the United States for the Second Division of the District of Alaska. Jackson & Hatch, C. S. Johnson, E. S. Pillsbury, and K. M. Jockson, for appellant. Hubbard,

Beeman & Hume, for appellee. T. J. Geary, for receiver Alexander McKenzie. No opinion. Pursuant to stipulation of counsel, judgment of district court reversed, and decree entered upon the merits in favor of appellants.